UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF DIEFENDERFER,

         Plaintiff,

    v.

WILSON RESOURCES, INC., et al.,

         Defendants.
_____/

NO. CIV. S-11-0968 LKK/EFB

O R D E R

A hearing on a motion to dismiss by defendants Federal Home Loan Mortgage Corporation and Cal-Western Reconveyance Corporation is scheduled for hearing on July 18, 2011. The court does not find oral argument necessary on this matter. Accordingly, the hearing is VACATED.

IT IS SO ORDERED.

DATED: July 11, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1