UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF DIEFENDERFER,

          Plaintiff,

    v.

WILSON RESOURCES, INC., et al.,

          Defendants.
_____/

NO. CIV. S-11-0968 LKK/EFB

O R D E R

A hearing on a motion to dismiss by defendants Mortgage Electronic Resource System and Wells Fargo, ECF No. 21 is currently scheduled for August 29, 2011. The court does not find oral argument necessary on this matter. Accordingly, the hearing is VACATED.

A hearing on plaintiff's motion for a preliminary injunction, ECF No. 27 remains on the August 29, 2011 calendar.

IT IS SO ORDERED.

DATED: August 23, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1