UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF DIEFENDERFER,** | No. 2:11-CV-00968-LKK-EFB |
| PLAINTIFF, | **ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| VS. | |
| **WILSON RESOURCES INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WR LENDING; P.H. BODOH JR.; CAL-WESTERN RECOVEYANCE CORPORATION;WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE** | Date:   August 29, 2011<br>Time:   10:00 a.m.<br>Judge:  Judge Lawrence Karlton<br>Courtroom: 4 |
| DEFENDANTS. | |

The Court having reviewed the Stipulation of the parties to continue the hearing on Plaintiff's Motion for Preliminary Injunction, presently set for hearing on August 29, 2011, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for preliminary injunction, now set for August 29, 2011 at 10:00 a.m. before the Honorable Lawrence Karlton, is continued to October 24, 2011, at 10:00 a.m in Courtroom 4, before the Honorable Lawrence Karlton.  Opposition and reply briefs shall be filed and served fourteen days, and seven

1  days, respectively, in advance of the continued hearing date.

4  Dated: August 25, 2011.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

Order Continuing Hearing on Prelim Injunction
Case No. 2:11-CV-00968-LKK-EFB

-2-