UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF DIEFENDERFER,

                      NO. CIV. S-11-0968 LKK/EFB

    Plaintiff,

  v.

                      O R D E R

WILSON RESOURCES, INC.,
et al.,

    Defendants.
_____/

    On October 21, 2011, the court received notice from plaintiff that the parties had reached an agreement regarding a temporary loan modification, mooting plaintiff's then-pending motion for a preliminary injunction. The court ORDERS each party to submit a statement to the court within fourteen (14) stating whether the complaint or pending motion to dismiss are moot, or whether the case should proceed.

    IT IS SO ORDERED.

    DATED:  February 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1