UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF DIEFENDERFER,

        Plaintiff,

   v.

WILSON RESOURCES, INC.,
et al.,

        Defendants.
_____/

NO. CIV. S-11-0968 LKK/EFB

O R D E R

On October 21, 2011, the court received notice from plaintiff that the parties had reached an agreement regarding a temporary loan modification, mooting plaintiff's then-pending motion for a preliminary injunction. The court ORDERS each party to submit a statement to the court within fourteen (14) stating whether the complaint or pending motion to dismiss are moot, or whether the case should proceed.

IT IS SO ORDERED.

DATED:  February 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1